IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: October 28, 2010



_____
**SARAH S. CURLEY
U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SCOTT ALAN BURNER,<br><br>                    Debtor. | Chapter 7<br><br>Case No. 10-26449-SSC<br><br>ORDER RE: MOTION TO APPROVE SALE |

This matter comes before the Court on a "Motion to Approve Release of Home Asset" ("Motion") filed on October 6, 2010 by the Debtor herein. The Debtor requests that the Court "release" certain property located at 6369 W Honeysuckle Drive, Peoria, AZ 85383 in order to conduct a short sale of the property. The Court will construe the Debtor's Motion as a "Motion to Approve Sale" pursuant to 11 U.S.C. § 363.

In order to proceed under 11 U.S.C.§ 363, the Debtor must obtain the consent of the secured creditor. Once the Debtor obtains the secured creditor's consent, the Debtor can file the contract relating to the underlying sale of the property and upload the appropriate order with the secured creditor's consent.

IT IS FURTHER ORDERED directing the Clerk's Office to provide <u>immediate</u> notice of this Order to all interested parties, and file an affidavit of service thereon.

SIGNED AND DATED ABOVE